MAE HAYWOOD, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORA-

TION, Appellant. IRENE M. SCOTT, by BORAH G. SCOTT, Her Guardian ad Litem, and BORAH G. SCOTT, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. EDWARD L. W. HAYWOOD, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.